**Exhibit A**
**Scheduled and Filed Claims**

| Creditor | Scheduled Claims | | | Filed Claims | | |
|---|---|---|---|---|---|---|
| | Schedule | Amount | C/U/D | Claim No. | Amount | Classification |
| TWH Annuities & Insurance Agency Inc. | F | $19,938.20 | C/U/D | | | |
| Totals | | $19,938.20 | | | $0.00 | |

Exhibit B
Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28491 | 12/04/17 | 11/29/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | $ 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28444 | 12/04/17 | 11/09/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28424 | 12/04/17 | 11/09/17 | TWH ANNUITIES & INSURANCE AGENCY INC | $ 468.75 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28424 | 12/04/17 | 11/09/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28425 | 12/04/17 | 11/09/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 2,161.16 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28425 | 12/04/17 | 11/09/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 797.92 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28425 | 12/04/17 | 11/09/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 666.66 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28425 | 12/04/17 | 11/09/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 225.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28425 | 12/04/17 | 11/09/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 7,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 28376 | 12/04/17 | 11/03/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 16,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27898 | 12/04/17 | 11/02/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27647 | 12/04/17 | 10/18/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,040.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27537 | 12/04/17 | 10/18/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27482 | 12/04/17 | 10/18/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27483 | 12/04/17 | 10/18/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27363 | 12/04/17 | 10/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27364 | 12/04/17 | 10/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27365 | 12/04/17 | 10/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27366 | 12/04/17 | 10/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27367 | 12/04/17 | 10/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,988.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27368 | 12/04/17 | 10/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,920.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27083 | 12/04/17 | 10/04/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 8,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27084 | 12/04/17 | 10/04/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27085 | 12/04/17 | 10/18/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27086 | 12/04/17 | 10/18/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 27087 | 12/04/17 | 10/18/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,420.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26939 | 12/04/17 | 10/03/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 937.50 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26939 | 12/04/17 | 10/03/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26940 | 12/04/17 | 10/03/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 1,968.75 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26940 | 12/04/17 | 10/03/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26813 | 12/04/17 | 10/03/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 6,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26830 | 12/04/17 | 09/27/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26830 | 12/04/17 | 09/27/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 4,666.67 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26830 | 12/04/17 | 09/27/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26458 | 12/04/17 | 09/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,980.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26343 | 12/04/17 | 09/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 8,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26385 | 12/04/17 | 09/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26269 | 12/04/17 | 09/19/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26194 | 12/04/17 | 09/19/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26124 | 12/04/17 | 09/19/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,880.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26125 | 12/04/17 | 09/19/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25907 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 750.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25907 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25908 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 750.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25908 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25943 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25830 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 833.33 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25830 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25831 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 562.50 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25831 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,125.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25870 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,192.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25813 | 12/04/17 | 09/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| | | | TOTALS - 90 DAY | | 14,788.24 | 118,245.50 |
| | | | NET DISBURSEMENTS - 90 DAY | | | 103,457.26 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25671 | 12/04/17 | 08/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 2,100.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25671 | 12/04/17 | 08/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25672 | 12/04/17 | 08/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 900.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25672 | 12/04/17 | 08/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25620 | 12/04/17 | 08/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25546 | 12/04/17 | 08/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25581 | 12/04/17 | 08/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25582 | 12/04/17 | 08/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25583 | 12/04/17 | 08/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25423 | 12/04/17 | 08/28/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25215 | 12/04/17 | 08/28/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 1,066.67 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25215 | 12/04/17 | 08/28/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25233 | 12/04/17 | 08/28/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25234 | 12/04/17 | 08/28/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25126 | 12/04/17 | 08/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 3,990.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25126 | 12/04/17 | 08/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 11,970.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24893 | 12/04/17 | 08/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 333.33 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24893 | 12/04/17 | 08/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24894 | 12/04/17 | 08/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 6,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24916 | 12/04/17 | 08/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24919 | 12/04/17 | 08/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24763 | 12/04/17 | 08/15/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24764 | 12/04/17 | 08/15/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24765 | 12/04/17 | 08/15/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24790 | 12/04/17 | 08/15/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24696 | 12/04/17 | 08/15/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 1,125.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24696 | 12/04/17 | 08/15/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24471 | 12/04/17 | 08/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24472 | 12/04/17 | 08/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 8,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24487 | 12/04/17 | 08/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24354 | 12/04/17 | 08/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24355 | 12/04/17 | 08/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24356 | 12/04/17 | 08/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,152.68 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24379 | 12/04/17 | 08/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 8,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24137 | 12/04/17 | 08/01/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,088.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 24138 | 12/04/17 | 08/01/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23933 | 12/04/17 | 08/01/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23694 | 12/04/17 | 07/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23695 | 12/04/17 | 07/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23696 | 12/04/17 | 07/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23697 | 12/04/17 | 07/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23698 | 12/04/17 | 07/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 2,250.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23698 | 12/04/17 | 07/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23474 | 12/04/17 | 07/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23356 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23384 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,460.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23385 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,080.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23386 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,976.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23387 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,160.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23388 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,300.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23389 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,040.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23390 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23391 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23392 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,360.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23393 | 12/04/17 | 07/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,640.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23230 | 12/04/17 | 07/13/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 6,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23082 | 12/04/17 | 07/07/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23083 | 12/04/17 | 07/07/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,320.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23053 | 12/04/17 | 07/11/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 6,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23054 | 12/04/17 | 07/11/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23055 | 12/04/17 | 07/11/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23056 | 12/04/17 | 07/11/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22950 | 12/04/17 | 07/10/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22817 | 12/04/17 | 07/07/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22818 | 12/04/17 | 07/07/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 6,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22819 | 12/04/17 | 07/07/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22820 | 12/04/17 | 07/07/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22821 | 12/04/17 | 07/07/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22680 | 12/04/17 | 06/29/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 4,500.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22680 | 12/04/17 | 06/29/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 10,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22545 | 12/04/17 | 06/29/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,880.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22546 | 12/04/17 | 06/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22547 | 12/04/17 | 06/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 40,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22548 | 12/04/17 | 06/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22549 | 12/04/17 | 06/29/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22424 | 12/04/17 | 06/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22425 | 12/04/17 | 06/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,100.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22426 | 12/04/17 | 06/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,720.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22427 | 12/04/17 | 06/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 22080 | 12/04/17 | 06/22/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,102.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21953 | 12/04/17 | 06/12/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21811 | 12/04/17 | 06/08/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21812 | 12/04/17 | 06/08/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,557.80 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21717 | 12/04/17 | 06/08/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21718 | 12/04/17 | 06/08/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 13,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21615 | 12/04/17 | 05/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21616 | 12/04/17 | 05/31/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21489 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21446 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21447 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 6,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21448 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21356 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 1,422.81 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21356 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21357 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21358 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21359 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21362 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21149 | 12/04/17 | 05/26/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21152 | 12/04/17 | 05/26/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,200.00 |

Exhibit B
Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21201 | 12/04/17 | 05/25/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21083 | 12/04/17 | 05/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21060 | 12/04/17 | 05/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 13,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21061 | 12/04/17 | 05/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 17,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21062 | 12/04/17 | 05/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,920.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21063 | 12/04/17 | 05/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,325.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20951 | 12/04/17 | 05/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20952 | 12/04/17 | 05/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20847 | 12/04/17 | 05/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20911 | 12/04/17 | 05/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | 500.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20911 | 12/04/17 | 05/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20816 | 12/04/17 | 05/17/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20777 | 12/04/17 | 05/11/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 910.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20635 | 12/04/17 | 05/04/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20614 | 12/04/17 | 05/04/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20534 | 12/04/17 | 05/02/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20535 | 12/04/17 | 05/02/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 6,040.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20536 | 12/04/17 | 05/02/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 8,960.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20537 | 12/04/17 | 05/02/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,548.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20538 | 12/04/17 | 05/02/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 5,840.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20539 | 12/04/17 | 05/02/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,160.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20432 | 12/04/17 | 05/02/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20309 | 12/04/17 | 04/27/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20310 | 12/04/17 | 04/27/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20245 | 12/04/17 | 04/27/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20246 | 12/04/17 | 04/27/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,925.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20247 | 12/04/17 | 04/27/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 20248 | 12/04/17 | 04/27/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 19792 | 12/04/17 | 04/12/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 19615 | 12/04/17 | 04/03/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 19616 | 12/04/17 | 04/03/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 8,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 19589 | 12/04/17 | 04/03/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 19392 | 12/04/17 | 03/29/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 19393 | 12/04/17 | 03/29/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,125.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 19107 | 12/04/17 | 03/29/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 3,375.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 19108 | 12/04/17 | 03/29/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18938 | 12/04/17 | 03/15/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 7,845.66 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18784 | 12/04/17 | 03/21/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 700.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18784 | 12/04/17 | 03/21/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 62.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18638 | 12/04/17 | 03/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 9,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18639 | 12/04/17 | 03/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 6,483.47 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18640 | 12/04/17 | 03/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,679.24 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18046 | 12/04/17 | 03/06/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17824 | 12/04/17 | 02/14/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17640 | 12/04/17 | 02/14/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,125.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17352 | 12/04/17 | 02/01/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,125.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17353 | 12/04/17 | 02/01/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17354 | 12/04/17 | 02/01/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 5,373.68 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16964 | 12/04/17 | 02/01/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 9,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16889 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 6,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16792 | 12/04/17 | 02/01/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16793 | 12/04/17 | 02/01/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16595 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16596 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16597 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16598 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16599 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16600 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,439.10 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16601 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16602 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16603 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16604 | 12/04/17 | 01/23/17 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16367 | 12/04/17 | 12/29/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16368 | 12/04/17 | 12/29/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16369 | 12/04/17 | 12/29/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,125.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16370 | 12/04/17 | 12/29/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16371 | 12/04/17 | 12/29/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 5,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16372 | 12/04/17 | 12/29/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 11,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16376 | 12/04/17 | 12/29/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,125.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16278 | 12/04/17 | 12/29/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16074 | 12/04/17 | 12/20/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16075 | 12/04/17 | 12/20/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16076 | 12/04/17 | 12/20/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 5,175.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16077 | 12/04/17 | 12/20/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16017 | 12/04/17 | 12/20/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 4,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15888 | 12/04/17 | 12/20/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15747 | 12/04/17 | 12/20/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,125.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15426 | 12/04/17 | 12/12/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 2,000.00 |

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15156 | 12/04/17 | 11/29/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14146 | 12/04/17 | 10/28/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9791 | 12/04/17 | 09/27/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9461 | 12/04/17 | 09/08/16 | TWH ANNUITIES & INSURANCE AGENCY INC | | 1,000.00 |
| | | | | TOTALS - 2 YEAR (INCL. 90 DAY) | $ 32,976.05 | $ 663,314.13 |
| | | | | NET DISBURSEMENTS - 2 YEAR (INCL. 90 DAY) | | $ 630,338.08 |

Exhibit C

Schedule of Claims Contributed by Investors

Broker(s): TWH Annuities & Insurance Agency Inc. / Gryphon Financial Services

| Investor Name | Outstanding Investor Principal Amounts | | Net/Allowed Claim Amounts | |
| --- | --- | --- | --- | --- |
| | Class 3 | Class 5 | Class 3 | Class 5 |
| DAVE & VICKIE CANDEL | $ 50,000.00 | $ - | $ 47,709.71 | $ - |
| DORIS G HAUGHT & BRENDA C LAROCCO | 75,000.00 | - | 71,104.17 | - |
| IRA SVCS TR CO-CFBO DIANE M VARNER IRA | 86,500.00 | - | 83,859.36 | - |
| IRA SVCS TR CO-CFBO DUANE E SIPES | 77,000.00 | - | 74,888.90 | - |
| IRA SVCS TR CO-CFBO JOYCE MENTZER IRA | 144,077.04 | - | 137,143.34 | - |
| IRA SVCS TR CO-CFBO LARRY L MILLER IRA | 85,000.00 | - | 82,272.93 | - |
| IRA SVCS TR CO-CFBO LINDA DENKOVICH IRA | 171,000.00 | - | 164,542.49 | - |
| IRA SVCS TR CO-CFBO REBECCA D SHULTZ IRA | 143,000.00 | - | 138,609.86 | - |
| IRA SVCS TR CO-CFBO SUZANNE G SIPES | 75,000.00 | - | 72,943.75 | - |
| JOHN L MARCOUX | 100,000.00 | - | 95,937.50 | - |
| LOIS C SHANK | 53,000.00 | - | 52,337.23 | - |
| MAINSTAR-FBO CHARLES S HARRIS | 399,000.00 | - | 375,326.00 | - |
| MAINSTAR-FBO DAVID FAULTERSACK | 59,538.68 | - | 57,046.33 | - |
| MARGARET A BLY | 200,000.00 | - | 197,738.88 | - |
| PATSY RAE VELTING | 100,000.00 | - | 95,323.62 | - |
| SHEILA LEE-CARR | 40,000.00 | - | 37,895.78 | - |
| Totals | $1,858,115.72 | $ - | $1,784,679.85 | $ - |