## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,<br><br>           Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>           Plaintiff,<br><br>           vs.<br><br>TWH ANNUITIES & INSURANCE AGENCY, INC. and GRYPHON FINANCIAL SERVICES d/b/a GRYPHON FINANCIAL & INSURANCE SERVICES d/b/a GRYPHON FINANCIAL SOLUTIONS,<br><br>           Defendants. | Adv. Proc. No. 19-51042 (JKS) |

## **NOTICE OF FIRM ADDRESS CHANGE**

PLEASE TAKE NOTICE that effective immediately Barnes & Thornburg LLP has changed its Delaware's office address as follows: 222 Delaware Avenue, Suite 1200, Wilmington, Delaware 19801. The telephone and facsimile numbers and email addresses will remain the same.

| | |
|---|---|
| Dated: September 2, 2022 | BARNES & THORNBURG LLP |
| | |
| | */s/ Kevin G. Collins* |
| | Thomas E. Hanson, Jr. (DE No. 4102) |
| | Kevin G. Collins (DE No. 5149) |
| | 222 Delaware Avenue, Suite 1200 |
| | Wilmington, DE  19801 |
| | Telephone:  (302) 300-3434 |
| | Facsimile:  (302) 300-3456 |
| | Email:  thomas.hanson@btlaw.com |
| | Email:  kevin.collins@btlaw.com |
| | |
| | *Attorneys for Defendant TWH Annuities & Insurance Agency, Inc.* |